IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY McDONALD, | ) | |
|     Plaintiff, | ) | **No. 08 C 4262** |
| v. | ) | |
| | ) | JUDGE GUZMAN |
| CITY OF CHICAGO, ILLINOIS and CHICAGO | ) | |
| POLICE OFFICER W. A. SESKI, Star No. 7520, | ) | Magistrate Judge Schenkier |
| and CHICAGO POLICE OFFICER M. J. | ) | |
| CONNOLLY, Star No 16869, | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

    **PLEASE TAKE NOTICE** that on this 20th day of August 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other judge sitting in his place, on the 26th day of August 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By:   */s/ Kathleen D. Manion*
       KATHLEEN D. MANION
       Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No. 6286785