**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Billy McDonald
                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–04262
　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

City of Chicago, Illinois, et al.
　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant City of Chicago, Illinois for extension of time to file answer or otherwise plead to complaint[12] is granted to and including 9/25/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.